IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRANDON D. BRADLEY, SR.,

    Plaintiff,

v.

DANE CO. SHERIFF'S DEPT., et al.

    Defendants.

ORDER

Case No. 19-cv-995-jdp

---

BRANDON D. BRADLEY, SR.,

    Plaintiff,

v.

DANE CO. SHERIFF'S DEPT.,

    Defendant.

ORDER

Case No. 19-cv-996-jdp

---

BRANDON D. BRADLEY, SR.,

    Plaintiff,

v.

LEIGHA WEBER, et al.

    Defendants.

ORDER

Case No. 19-cv-997-jdp

---

Plaintiff Brandon D. Bradley, Sr., a prisoner in the custody of the Wisconsin Department of Corrections, has submitted three proposed civil actions under 42 U.S.C. § 1983. Plaintiff has filed a certified copy of a trust fund account statement in support of the motion for leave to proceed without prepaying the fee. After considering the motion and supporting documentation, the court concludes that plaintiff qualifies for indigent status.

Even when a prisoner litigant qualifies for indigent status, the litigant must pay a portion of the fee returned by the formula set forth in 28 U.S.C. § 1915(b)(1). Using information for the relevant time period from plaintiff's trust fund account statement, I conclude plaintiff's initial partial filing fee to be $0.10 for each case. For these cases to proceed, plaintiff must submit this amount on or before December 30, 2019.

If plaintiff does not have enough money to make the initial partial payments from plaintiff's regular account, plaintiff should arrange with authorities to pay the remainder from plaintiff's release account.

ORDER

IT IS ORDERED that,

1. Plaintiff Brandon D. Bradley, Sr. is assessed $0.10 as initial partial payments of the $350.00 fees for each case (19-cv-995, 19-cv-996 and 19-997). Plaintiff is to submit a check or money order made payable to the clerk of court in a total amount of $0.30 ($0.10 for each case) or advise the court in writing why plaintiff is not able to submit the assessed amount(s) on or before December 30, 2019.

2. If, by December 30, 2019, plaintiff fails to make the initial partial payment or show cause for failure to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff filing this case at a later date.

3. No further action will be taken in these cases until the clerk's office receives plaintiff's initial partial filing fees as directed above and the court has screened the complaints

as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915A. Once the screening process is complete, a separate order will issue.

Entered this December day of 9th, 2019.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge